IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV35

| | |
|---|---|
| ELLA B. SCARBOROUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| EQUITY HOLDING CORPORATION, ) | |
| *et al.*, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court upon Plaintiff's Motion to Enforce Settlement Agreement, in which the Plaintiff urges the court to enforce an alleged oral agreement by Defendants Lele Corporation and Christian Genitrini to settle this lawsuit. Plaintiff's motion appears to be premature, as these Defendants have not yet been served in this action. In fact, Plaintiff recently made a motion for an extension of time to serve these and other Defendants. For these reasons,

IT IS THEREFORE ORDERED that Plaintiff's Motion to Enforce Settlement Agreement is hereby denied with leave to refile once these Defendants have been properly served.

Signed: October 22, 2008

Graham C. Mullen
United States District Judge