IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-35-GCM

| | |
|---|---|
| SCARBOROUGH )<br>)<br>Plaintiff, )<br>v. )<br>)<br>EQUITY HOLDING CORP. et al, )<br>)<br>Defendants. )<br>) | ORDER |

**THIS MATTER IS BEFORE THE COURT** upon the Plaintiff's Status Report filed on January 29, 2010. Purusant to Plaintiff's acknowledgment that the document submitted by Defendants Charles Wilson and Syleaker Marketing, LLC should be treated as an Answer to the Plaintiff's Complaint, the Entry of Default is hereby stricken as to Syleaker Marketing, LLC.

**IT IS SO ORDERED.**

Signed: February 2, 2010

Graham C. Mullen
United States District Judge