IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-35-GCM

| | |
|---|---|
| ELLA B. SCARBOROUGH, ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| EQUITY HOLDING CORPORATION; ) | |
| *et al*, ) | |
| Defendants, ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. Parties are directed to appear for a Status Conference on **Tuesday, May 24, 2011, at 1:30 p.m. in Courtroom #3.**

IT IS SO ORDERED.

Signed: May 3, 2011

Graham C. Mullen
United States District Judge