**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:08-CV-35-GCM**

| | | |
|---|---|---|
| **ELLA B. SCARBOROUGH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **EQUITY HOLDING CORP.,** *et al,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on its own motion. A status conference was held on May 24, 2011, at which time it was decided that this case would proceed to trial. Due to the current heavy case load,  IT IS ORDERED that the trial date in this matter is set for **January 17, 2012.**  However, by this Order, parties are advised that if a  trial date opens up after July 24, 2011, this matter may be set for an earlier trial.

      The Clerk of Court  is directed to mail a copy of this Order to Defendant Charles Wilson by Certified Return Receipt.

      **IT IS SO ORDERED.**

                         Signed: May 24, 2011

                         Graham C. Mullen
                         United States District Judge