

# CERTIFIED MAIL

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charles Wilson
3125 Eastway Dr., Suite 214
Charlotte, NC 28205

3:08cv35 #36

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7008 1830 0001 4376 8561

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:08-CV-35-GCM

| | |
|---|---|
| ELLA B. SCARBOROUGH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| EQUITY HOLDING CORP., *et al*, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion. A status conference was held on May 24, 2011, at which time it was decided that this case would proceed to trial. Due to the current heavy case load, IT IS ORDERED that the trial date in this matter is set for **January 17, 2012.** However, by this Order, parties are advised that if a trial date opens up after July 24, 2011, this matter may be set for an earlier trial.

The Clerk of Court is directed to mail a copy of this Order to Defendant Charles Wilson by Certified Return Receipt.

**IT IS SO ORDERED.**

Signed: May 24, 2011

Graham C. Mullen
United States District Judge