IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV35

| | | |
|---|---|---|
| ELLA B. SCARBOROUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EQUITY HOLDING CORPORATION, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court upon Plaintiff's Dismissal without Prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. It appears to the court that one of the individual Defendants, Charles Wilson, filed a document that was docketed as an Answer on March 28, 2008. Since that time, all documents sent by the court to Mr. Wilson have been returned as undeliverable. Accordingly, Mr. Wilson has failed to participate in this case, and the court deems Plaintiff's Dismissal as sufficient.

IT IS THEREFORE ORDERED that this matter is hereby DISMISSED without prejudice.

Signed: January 5, 2012

Graham C. Mullen
United States District Judge